**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SASWOT DHAKAL | 24-cv-02525-TNM |
| DEFENDANT | TYPE OF PROCESS |
| FEDERAL BUREAU OF INVESTIGATION et al | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. ATTORNEY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
601 D Street, NW Washington, DC 20530

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SASWOT DHAKAL<br>9803 Tailspin Lane<br>Middle River, MD 21220<br>(227) 215-5994 | Number of process to be served with this Form 285 | 4 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | X |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of:   [X] PLAINTIFF   [ ] DEFENDANT

/s/ Nicole M. Wilkens

TELEPHONE NUMBER: (202) 354-3120
DATE: 11/22/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 4/4 | District of Origin No. 16 | District to Serve No. 16 | Signature of Authorized USMS Deputy or Clerk: *Jahn* | Date: 11/25/2024 |
|---|---|---|---|---|---|

I hereby certify and return that I [✓] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
REGINALD ROWAN  SUP. LEGAL ADMIN. JPFC
Date: 02/10/25
Time: 0935  [X] am  [ ] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy:
*Deal B. Statt*

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

RECEIVED
FEB 10 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

FOIA Summons (1/13) (Page 2)

Civil Action No. 24-cv-02525-TNM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __US Attorney__
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Reginald Rowan__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __US Attorney__
_____ on *(date)* __02/10/2025__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __0__ for travel and $ __0__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __02/10/25__

_____
Server's signature

Derek Stallman - DUSM
*Printed name and title*
U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001
*Server's address*

Additional information regarding attempted service, etc: